```
MICHELE BECKWITH
Acting United States Attorney
R. ALEX CARDENAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
```

**FILED**

Apr 15, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF 9159 TUOLUMNE DRIVE, SACRAMENTO, CA 95826; AND STEPHANIE LYNN FAHLGREN | CASE NO: 2:24-SW-0294-DB<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND RELATED FILINGS |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, unsealed.

Dated:  April 15, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE